Núm. 8014.—Montalvo, aplda. *v.* Ferrero, etc., aplte.—C. D. Ponce. ▮▮▮▮▮▮▮ Noviembre 30, 1939.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, la apelada solicita la desestimación del recurso, refiriéndonos al legajo de sentencia y a la transcripción de evidencia ya radicados;

Por cuanto, en una moción de esa índole la parte apelada no debe limitarse a hacer una referencia en esa forma, sino que ha de exponer dentro de la moción misma las razones por las cuales procede la desestimación del recurso por frívolo:

Por tanto, se declara no haber lugar a la moción solicitada y se ordena se señale el caso definitivamente para vista, no debiendo la apelada en este caso presentar nuevas mociones de desestimación por frivolidad.

Núm. 8091.—Vda. de Alicea, aplda. *v.* Vda. de Pool, aplte.—C. D. San Juan. ▮▮▮▮▮▮▮ Enero 9, 1940.

Vista la moción que antecede, sin asistencia de las partes, examinada la misma con la documentación que se acompaña, no existiendo base suficiente en los autos para decidir sobre la cuestión de frivolidad que se suscita, no ha lugar a la desestimación solicitada.

Núm. 8043.—Goyco, apldo. *v.* Gavilán, etc., apltes.—C. D. Ponce. ▮▮▮▮▮▮▮ Enero 29, 1940.

(Por la Corte, a propuesta del Juez Asociado Sr. Hutchison.)

Vista la moción que antecede con la sola asistencia de la parte apelada, se desestima por falta de alegato la apelación interpuesta contra la sentencia que dictó la Corte de Distrito de Ponce en junio 16, 1938.